# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DONALD ALBERT STROBEL, | Case No. 19-CV-583 (NEB/BRT) |
| Petitioner, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| JEFF TITUS, | |
| Respondent. | |

The Court has received the December 20, 2019 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. [ECF No. 15.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter,

IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 15] is ACCEPTED,

2. Petitioner's writ of habeas corpus under 28 U.S.C. § 2254 [ECF No. 1] is DENIED;

3. This action is DISMISSED WITH PREJUDICE; and

4. No certificate of appealability be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 21, 2020　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　United States District Judge